WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| VAUGHN MARCELLUS ELLIOTT, II, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | CASE NO.: **EDCV 11-0936 VBK** <br><br> ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of ONE THOUSAND THREE HUNDRED NINETY-FOUR DOLLARS and no/cents ($1,394.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: March 16, 2012

/s/
_____
UNITED STATES MAGISTRATE JUDGE

1